```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19151
   CHRISTIE A. KOESEMA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3670


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/17/07 .

     2.  The case was dismissed without confirmation, 01/11/2008.

--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CITIMORTGAGE                CURRENT MORTG        .00          .00           .00
CITIMORTGAGE                MORTGAGE ARRE   NOT FILED         .00           .00
BRECKENRIDGE HOMEOWNERS     SECURED         NOT FILED         .00           .00
ALLIED COLLECTION SVC       UNSECURED       NOT FILED         .00           .00
ASSET ACCEPTANCE CORP       UNSECURED       NOT FILED         .00           .00
CACH LLC                    UNSECURED       NOT FILED         .00           .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00           .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00           .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00           .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00           .00
COLLECTION PROFESSIONALS    UNSECURED       NOT FILED         .00           .00
COMED                       UNSECURED       NOT FILED         .00           .00
HSBC                        UNSECURED       NOT FILED         .00           .00
NICOR GAS                   UNSECURED       NOT FILED         .00           .00
SBC AMERITECH               UNSECURED       NOT FILED         .00           .00
TARGET                      UNSECURED       NOT FILED         .00           .00
TARGET                      UNSECURED       NOT FILED         .00           .00
WFNNB/HARLEM FURNITURE      UNSECURED       NOT FILED         .00           .00
        Summary of disbursements:
--------------------------------------------------------------------------
               SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00        .00         .00          .00           .00
PRINCIPAL PAID       .00        .00         .00          .00           .00
INTEREST PAID        .00        .00         .00          .00           .00
TOTAL PAID           .00        .00         .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER       , was allowed $   3500.00
and was paid $   1791.00   direct and $       .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 04/16/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE